PEOPLE v. VALENTE. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Proceeding by the people of the state of New York against Tomasso Valente. No opinion. Motion denied, with leave to renew in October.

PEOPLE ex rel. BROWN, Appellant, v. FINLEY et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Proceeding by the people of the state of New York, on the relation of Frank H. Brown, against Thomas Finley, supervisor, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. CAMPBELL v. GREENE, Police Com'r, et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Proceeding by the people of the state of New York, on the relation of Michael J. Campbell, against Francis V. Greene, as police commissioner, etc., and another.
PER CURIAM. Determination confirmed, without costs.
WOODWARD, J., dissents.

PEOPLE ex rel. CANTON BRIDGE CO., Respondent. v. BOARD OF TOWN AUDITORS OF HORICON, Appellants. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Proceeding by the people of the state of New York, upon the relation of the Canton Bridge Company, against the board of town auditors of the town of Horicon, Warren county, N. Y. No opinion. Order (85 N. Y. Supp. 1093) affirmed, with $10 costs and disbursements.

PEOPLE ex rel. FARMERS' LOAN & TRUST CO. et al., Appellants, v. WELLS et al., Respondents. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Certiorari by the people, on the relation of the Farmers' Loan & Trust Company and others, as executors of the will of Eugene A. Hoffman, deceased, against James L. Wells and others, as tax commissioners, to review the assessment of decedent's estate for transfer taxation. From an order quashing the writ, relators appeal. Affirmed. William H. Harris, for appellants. George S. Coleman, for respondents.

PER CURIAM. Order affirmed, with costs, on the opinion of the court below. 87 N. Y. Supp. 745.
PATTERSON, J., concurs in result.
VAN BRUNT, P. J. I dissent. I know of no statute or rule of law which makes personal property taxable anywhere but where its owner resides.

PEOPLE ex rel. FINLEY v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Proceeding by the people of the state of New York on the relation of John Finley, against Francis V. Greene, commissioner. T. J. McManus, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. FISKE et al. v. FEITNER et al. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Proceeding by the people of the state of New York, on the relation of George P. Fiske and Frederick B. Fiske, against Thomas L. Feitner and others, as commissioners of taxes and assessments. No opinion. As to taxes of 1900, order affirmed, with $10 costs and disbursements, on opinion in People ex rel. Fiske v. Feitner (decided herewith) 88 N. Y. Supp. 694.

PEOPLE ex rel. GORSUCH v. GREENE, Police Com'r, et al. (Supreme Court, Appellate Division, Second Department, June 10, 1904.) Proceeding by the people of the state of New York, on the relation of Harry B. Gorsuch, against Francis V. Greene, as police commissioner of the city of New York, and Frederick H. E. Ebstein, as first deputy police commissioner of the city of New York. No opinion. Determination annulled, with costs, on argument, because of the erroneous reception in evidence of the affidavit of Henry Winter.

PEOPLE ex rel. HART v. GOODRICH et al. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Proceeding by the people of the state of New York, on the relation of Coleridge A. Hart, against William W. Goodrich and others.
PER CURIAM. Motion denied, without costs.

PEOPLE ex rel. MASTEN, Respondent, v. MAXWELL, City Supt. of Schools, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Proceeding by the people of the state of New York, on the relation of Minnie R. Masten, against William H. Maxwell, as city superintendent of schools of the city of New York.
PER CURIAM. Judgment sustaining relator's demurrer to the return, and awarding a peremptory writ of mandamus, affirmed on reargument, with costs, and former judgment of this court herein vacated, on the authority of People ex rel. Murphy v. Maxwell, 177 N. Y. 494, 69 N. E. 1092.